KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

GREGG PARIS YATES
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Email:  gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sept 4, 2025 11:09 AM
Lucy H.Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JUSTIN NELSON,<br><br>                    Defendant. | Case No. MJ25-01162 KJM<br><br>CRIMINAL COMPLAINT |

## **COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true

and correct to the best of my knowledge and belief.

<u>Bank Robbery</u>
(18 U.S.C. § 2113(a))

On or about August 27, 2025, in the District of Hawaii, JUSTIN NELSON,

the defendant, did, by force, violence, and intimidation, take and attempt to take,

from the person and presence of another, money belonging to, and in the care,

custody, control, management, and possession of, First Hawaiian Bank, located at

41 East Lipoa Street, #28, Kihei, Hawaii, a bank whose deposits were then insured

by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

I further state that I am a Special Agent with the Federal Bureau of

Investigation (FBI) and that this Complaint is based upon the facts set forth in the

following affidavit, which is attached hereto and incorporated herein by reference.

DATED:  Honolulu, Hawaii: September 4, 2025.

_____
ADAM HARTMAN
FBI Special Agent

Sworn to under oath before me telephonically, and attestation acknowledged
pursuant to FRCP Rule 4.1(b)(2), this 4th day of September, 2025.



_____
Kenneth J. Mansfield
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Hartman, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1.     This affidavit is submitted for the purpose of establishing probable cause that on or about August 27, 2025, within the District of Hawaii, JUSTIN NELSON, the defendant, committed the offense of bank robbery in violation of Title 18, United States Code, Section 2113(a).  Pursuant to Section 2113(a):

> Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another . . . any property or money . . . belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or savings and loan association . . . [s]hall be fined under this title or imprisoned. . . .

2.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since July 2018.  Currently, I am assigned to the FBI Maui Resident Agency where I am responsible for investigating a variety of criminal cases to include those involving bank robbery.  I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Title 18, United States Code, Section 2516.  Through my training and experience, I have

4

become familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

3.      During my tenure as an FBI Special Agent, I have participated in numerous investigations into bank robberies, amongst other violent crimes. Throughout the course of those investigations, I have gained substantial experience in collecting evidence through the utilization of various techniques, to include conducting law enforcement interviews, executing search warrants, collecting physical surveillance images, videos, and coordinating liaison activities.  I have also obtained and executed numerous arrest warrants, search warrants, and facilitated numerous forensic examinations, in addition to other methods not mentioned above.

4.      Throughout the course of my investigations, I have also worked with and collaborated with other federal agents and law enforcement officers who have investigated these crimes, and they have shared with me their knowledge and experience regarding the manner in which threat actors utilize force to conduct bank robberies.  Such methods are often premeditated, and the subjects of these crimes often meticulously plan and strategize their efforts prior to the criminal act itself.  During the planning process, bank robbers often canvas locations to identify systematic weaknesses in the security of the financial institutions, such as

identifying a lack of armed security personnel or absence of nearby law enforcement.

5.      When conducting the criminal act itself, bank robbers often attempt to conceal their identity by wearing thick clothing, masks, sunglasses, and use other items such as headlamps, flashlights to hide their face or temporarily blind cameras or witnesses.  The target objective of bank robbers is to collect large sums of money not readily available from other establishments.  The money is obtained through forced compliance by utilizing intimidation tactics, such as brandishing a believed weapon, in addition to making verbal or written commands.  Such individuals also often plan their getaway by designing a path of infiltration and exfiltration that will maximize their chances of evading detection by law enforcement or other bystanders.  On occasion, these individuals repeat their crimes and conduct various robberies prior to their apprehension by law enforcement.

6.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and federal agents.  This affidavit is intended to show merely that there is sufficient probable cause for the attached Complaint and offense and does not set forth all my knowledge about this matter.  I have set forth only the facts that I believe are necessary to establish probable cause to support the Complaint.

6

# PROBABLE CAUSE

## FIRST HAWAIIAN BANK (FHB) ROBBERY

7.      On or about August 27, 2025, at approximately 10:12 a.m., an individual wearing a black sweatshirt, white dust mask, blue jeans, baseball cap, tan balaclava, sunglasses, dark colored tennis shoes, and headlamp, and carrying a white ABC store bag, black umbrella, and believed firearm wrapped in blue tape, entered the First Hawaiian Bank (FHB) branch located at 41 East Lipoa Street, #28, Kihei, Hawaii 96753.  The individual then immediately approached the bank tellers working at the service counter and brandished a believed firearm, which was partially wrapped with a small strip of blue painter's tape above the trigger guard. The individual then verbally commanded the bank employees to provide him with United States Currency.

8.      The following images were taken from a video recorded by a CCTV camera mounted above the cashier's counter.  In an image taken at approximately 10:12 a.m., the individual can be observed in the upper center of the image wearing a black sweatshirt, ballcap, white dust mask; a suspected firearm can also be seen on the countertop, pointed at a bank employee.  Two bank employees can be seen in the lower center and right of the still image, and a customer is seen standing at the counter in the upper right portion of the image.



9.    At approximately 10:12 a.m., the individual partially pulled down his dust mask and gave verbal commands to the bank employees.  The bank tellers indicated that the general appearance of the individual wearing face coverings commanded the attention of the bank tellers.  The individual then placed a believed firearm on the counter in front of Teller #2 and demanded money.  Teller #4 recalled the individual making verbal commands stating, "Hurry up now!" Teller #4 also recalled hearing the individual demanding Teller #2 to provide $200 in $20 bill form. The individual then held up a white, reusable, ABC Store bag and ordered the tellers to put the money in the bag.



10. After collecting from Teller #2, the individual then directly approached Teller #4 and began demanding $200 in $20 bill form. Teller #4 recalled that the individual pointed the believed firearm in their direction as they complied with the individual's demands. Teller #4 then removed $200 cash from the drawer and provided it to the individual before dialing "911" into the electronic money dispenser which automatically removed $900.00 cash from the machine. Teller #4 then provided the money to the individual before running away to safety. Post incident, Teller #4 advised law enforcement that during the encounter she was scared because she believed the firearm was real.

11. At approximately 10:13 a.m., the individual gathered approximately

$4,885 in United States Currency from the bank employees. The $4,885 in United States Currency included $2,400 in marked bills, and approximately $2,485 in unmarked bills.



12.     At approximately 10:13 a.m., the individual collected approximately the $4,885 in United States Currency from the FHB tellers and departed the bank. The image below, taken from a different CCTV camera at FHB, shows the individual as he is leaving the bank with the cash.  The image depicts the individual still wearing a black sweatshirt, sunglasses, a white dust mask, a tan balaclava, and a ballcap with headlamp affixed.  The image also shows the individual carrying a black umbrella tucked under his left arm, a white ABC store bag, and the believed firearm partially covered in blue tape.



## PATH OF EXFILTRATION

13.     At approximately 10:13 a.m., FHB internal CCTV cameras memorialized the individual as he exited the bank.  Bank employees observed the individual heading southbound on Lipoa Road toward South Kihei Road.

14.     At approximately 10:17 a.m., a CCTV camera affixed on the north-facing side of the building located at 1283 Uluniu Road, Kihei, HI 96753 observed an individual wearing a dark colored sweatshirt and white dust mask walking westbound in the alleyway behind the Azeka shopping center.  The following still image was taken from this CCTV camera:



15.     At approximately 10:18 a.m., a CCTV camera mounted on the south-facing side of the building located at 1283 Uluniu Road, Kihei, HI 96753 recorded the individual heading southbound crossing Uluniu Road before entering a beach path.  In the photograph below, the individual can be identified by his dark colored sweatshirt, blue jeans, and a white bag in his right hand as he exited view of the CCTV camera onto the beach path.



**<u>ARREST OF SUSPECTED BANK ROBBER</u>**

16.    At approximately 10:30 a.m., Maui police officers located the

individual as he walked northbound on Kauhaa Street.  The individual was arrested

and identified as JUSTIN NELSON.  At the time of his arrest, the individual

appeared to be walking toward a parked Nissan Altima, bearing Hawaii license

plate SNW647, which was registered to NELSON.



17.    At the time of his arrest, NELSON wore a white mask, brown

balaclava, black ballcap with headlamp affixed, blue jeans, and dark colored tennis

shoes, which were all consistent with the appearance of the individual who

committed the robbery at FHB.  NELSON also possessed a white ABC store bag, a

black Pit Viper Airsoft Pistol, and approximately $3,681 in United States Currency, which police officers seized from his person.  The sunglasses, sweatshirt, and umbrella that were observed on the individual committing the FHB robbery were not found upon NELSON's person at the time of his arrest.

18.     The image below shows the above-mentioned Pit Viper Airsoft Pistol and magazine that were found on NELSON's person at the time of his arrest; the appearance of the pistol is consistent with the believed firearm used during the FHB bank robbery, which is visible on the surveillance footage taken from FHB:



19.     NELSON's appearance at the time of his arrest was also similar to the appearance of the individual who committed the FHB bank robbery. Specifically, both men wore a headlamp, black ball cap, white dust mask, and black shirt as further detailed in the side-by-side comparison of a photograph of

16

NELSON taken at the time of his arrest, and a still image from FHB's CCTV

footage taken at the time of the robbery.



20.    On August 28, 2025, law enforcement attempted a custodial

interview of NELSON, but NELSON invoked his right to counsel.  Law

enforcement then released NELSON to the MPD Wailuku Station receiving desk

area to conduct an authorized telephone call.  The telephone at the Waikluku

Station receiving desk area is next to two signs that explain that the area is under

continuous surveillance; the receiving desk area is also audio and video recorded

by a CCTV system.

21.    Using the telephone in the receiving desk area, NELSON called his

father, and during the conversation, an MPD officer overheard NELSON tell his

father, "I robbed two banks."

22.    The United States Currency found within the white ABC bag on NELSON's person at the time of his arrest was also analyzed.  Of the $3,681 in United States Currency contained in the ABC bag, $2,200 represented marked bills that were stolen from FHB during the robbery that occurred on August 27, 2025.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

## CONCLUSION

23.    Based on the foregoing, I believe there is probable cause to conclude

NELSON committed violations of Title 18 U.S. Code § 2113(a).

24.    DATED: Honolulu, Hawaii, September 4, 2025.

Respectfully submitted,

Adam Hartman
Special Agent
Federal Bureau of Investigation


This Criminal Complaint and Agent's Affidavit in support thereof were presented
to, approved by, and probable cause to believe that the defendant above-named
committed the charged crime(s) found to exist by the undersigned Judicial Officer
at 10:25 am on   September 4,   , 2025.



Kenneth J. Mansfield
United States Magistrate Judge

Sworn to under oath before me telephonically, and attestation acknowledged
pursuant to FRCP 4.1(b), this 4th day of September   2025



Kenneth J. Mansfield
United States Magistrate Judge

19